UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )  NO. 3:25-cv-00249 |
| | ) |
| JOHN ROE and | ) |
| XYZ, LLC, | ) |
| | ) |
|    Defendants. | ) |

## **ORDER**

I hereby recuse myself from this action.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR
UNITED STATES DISTRICT JUDGE