The motion is GRANTED. The Clerk's Office is DIRECTED to remove the descriptions of the exhibits from the public docket. Defendants may address this additional issue in the responsive briefing schedule set by the Court's prior order.

Alistair E. Newbern
U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

|  |  |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) Case No.: 3:25-cv-00249 |
| | ) |
| v. | ) Judge: |
| | ) |
| JOHN ROE; XYZ, LLC, | ) Magistrate Judge: |
| | ) |
| Defendant. | ) |

**PLAINTIFF JANE DOE'S SUPPLEMENTAL EMERGENCY MOTION FOR SEALING**

Plaintiff Jane Doe respectfully moves this Court, on an emergency basis, to redact the names of the exhibits filed with the Court in conjunction with Defendants' now-sealed submission filed today (ECF No. 20 and Exhibits 1-5), replacing the names of the exhibits (which, despite the sealing of the contents, are still visible on the public docket) with nondescript titles such as "Sealed Exhibit No." followed by the relevant number. The exhibit names disclose Plaintiff's real name and Performer Name and should be kept from public view for the reasons stated in Plaintiff's Emergency Motion for Sealing (ECF No. 22) and Plaintiff's Motion to Proceed under Pseudonym (ECF No. 21).

Respectfully submitted,

*/s/ Chanelle Acheson*
Chanelle Acheson
Waddey Acheson LLC
1030 16th Ave. South, Suite 300
Nashville, TN 37212
(615) 839-1100

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2025 a copy of the foregoing document has been filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record:

Daniel Horwitz
Horwitz Law, PLLC
4016 Westlawn Dr.
Nashville, TN 37209

*/s/ Chanelle Acheson*
Chanelle Acheson
Waddey Acheson LLC
1030 16th Ave. South, Suite 300
Nashville, TN 37212
(615) 839-1100