UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN ROE, et al.,<br><br>    Defendants. | Case No. 3:25-cv-00249<br><br>Magistrate Judge Alistair E. Newbern |

### ORDER

All Magistrate Judges of the Middle District of Tennessee have recused in this matter. A District Judge will designated by the Sixth Circuit Court of Appeals to serve as the presiding judge in this action.

The initial case management conference set on May 15, 2025, is CANCELLED.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge