UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JANE DOE, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. 3:25-cv-00249 |
| JOHN ROE, XYZ, LLC; | § § § | |
| *Defendants.* | § | |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

As relevant to the Parties' pending disputes over whether the Plaintiff is entitled to pseudonymity (Docs. 16, 21, 27) and whether the Plaintiff is entitled to seal any document identifying her (Docs. 4, 20, 22, 23, 26, 28), the Defendants respectfully file notice of the Northern District of Texas's April 1, 2025 Memorandum Opinion and Order in *Doe v. Serpa,* No. 3:25-CV-0057-X, 2025 WL 975334 (N.D. Tex. Apr. 1, 2025), attached here as **Ex. 1**.

-1-

Respectfully submitted,

By: /s/ Daniel A. Horwitz_____
DANIEL A. HORWITZ, BPR #032176
SARAH L. MARTIN, BPR #037707
MELISSA K. DIX, BPR #038535
HORWITZ LAW, PLLC
4016 WESTLAWN DR.
NASHVILLE, TN 37209
(615) 739-2888
daniel@horwitz.law
sarah@horwitz.law
melissa@horwitz.law

*Counsel for Defendants*

-2-

Case 3:25-cv-00249    Document 34    Filed 04/11/25    Page 2 of 3 PageID #: 176

**CERTIFICATE OF SERVICE**

     I hereby certify that on this the 11th day of April, 2025, a copy of the foregoing was served via the Court's e-filing system upon:

Chanelle Acheson
Waddey Acheson LLC
1030 16th Ave. South, Suite 300
Nashville, TN 37212
(615) 839-1100
chanelle@waddeyacheson.com

*Counsel for Plaintiff*

                                              By:    /s/ Daniel A. Horwitz_____
                                                          Daniel A. Horwitz, Esq.