UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE, | Case No.: 3:25-cv-00249 |
| Plaintiff, | |
| v. | Judge: Robert J. Jonker |
| JOHN ROE; XYZ, LLC, | Magistrate Judge: |
| Defendant. | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, JANE DOE, by and through her undersigned counsel, appeals to the United States Court of Appeals for the Sixth Circuit from the Order (ECF No. 45) entered in this action on May 19, 2025, by the Honorable Robert J. Jonker, United States District Judge.

Specifically, Plaintiff JANE DOE appeals the following portions of the May 19, 2025 Order:

1. The denial of Plaintiff's Motion for Leave to File Documents Under Seal (ECF No. 4); and

2. The denial of Plaintiff's Motion to Proceed Under Pseudonym (ECF No. 16).

Dated: May 22, 2025

Respectfully submitted,

*/s/ Chanelle Acheson*
Chanelle Acheson (TN BPR #30008)
Waddey Acheson LLC
1030 16th Ave. South, Suite 300
Nashville, TN 37212
(615) 839-1100
*Counsel for Plaintiff Jane Doe*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2025, a copy of the foregoing document has been filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record:

Daniel A. Horwitz
Sarah L. Martin
Horwitz Law, PLLC
4016 Westlawn Dr.
Nashville, TN 37209

*/s/ Chanelle Acheson*
Chanelle Acheson
Waddey Acheson LLC
1030 16th Ave. South, Suite 300
Nashville, TN 37212
(615) 839-1100