# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| JANE DOE, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 3:25-cv-00249 |
| | § | |
| JOHN ROE, XYZ, LLC; | § | |
| | § | |
| *Defendants.* | § | |

## DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Under Federal Rule of Civil Procedure 56(a), the Defendants move this Court for summary judgment as to Count I of the Plaintiff's Complaint (Plaintiff's 15 U.S.C. § 6851 claims). In support of this Motion, the Defendants have filed an accompanying *Statement of Undisputed Material Facts*, with supporting references, and *Memorandum of Law*.

Respectfully submitted,

/s/Daniel A. Horwitz_____
Daniel A. Horwitz, BPR #032176
Sarah L. Martin, BPR #037707
Horwitz Law, PLLC
4016 Westlawn Dr.
Nashville, TN 37209
(615) 739-2888
daniel@horwitz.law
sarah@horwitz.law

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 23rd day of May 2025, a copy of the foregoing was served via the Court's e-filing system upon:

Chanelle Acheson
Waddey Acheson LLC
1030 16th Ave. South, Suite 300
Nashville, TN 37212
chanelle@waddeyacheson.com

*Counsel for Plaintiff*


By:     /s/ Daniel A. Horwitz_____
        Daniel A. Horwitz, Esq.