UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JANE DOE,

    Plaintiff,

v.

JOHN ROE and XYZ, LLC,

    Defendants.
_____/

CASE NO. 3:25-cv-249

HON. ROBERT J. JONKER
(Sitting by Designation)

## **ORDER**

    The Court grants plaintiff's Emergency Motion to Seal (ECF No. 51) and directs the Clerk of Court to seal the Defendant's recently filed Motion, Brief and Statement of Undisputed Fact in support of summary judgment (ECF Nos. 48, 49 and 50).

    The Court is granting the Motion simply to preserve the status quo. In entering its Order denying plaintiff's request for pseudonym status and permission to file sealed or redacted filings concealing plaintiff's true identity, the Court did not immediately unseal her filings. Rather, the Court set a deadline for plaintiff to refile her documents so she could decide whether and how to proceed under the terms specified by the Court. The new defense filings take that choice away from plaintiff by effectively disclosing the same information in the documents the Court was retaining under seal for the time being.

In granting plaintiff's Emergency Motion to Stay, the Court further directs that neither side file any other document in this case before June 20, 2025, the date set by the Court in its earlier Order for plaintiff to file her Amended Complaint.

**IT IS SO ORDERED.**

Dated:   May 24, 2025          /s/ Robert J. Jonker
                               ROBERT J. JONKER
                               UNITED STATES DISTRICT JUDGE