UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JANE DOE,

        Plaintiff,

                                                                           CASE NO. 3:25-cv-249

v.

                                                                            HON. ROBERT J. JONKER

JOHN ROE and XYZ, LLC,                 (Sitting by Designation)

        Defendants.
_____/

## **AMENDED ORDER**

       The Court grants Plaintiff's Emergency Motion to Seal (ECF No. 51) and directs the Clerk of Court to seal the Defendant's recently filed Motion, Brief and Statement of Undisputed Fact in support of summary judgment (ECF Nos. 48, 49 and 50).

       The Court is granting the Motion simply to preserve the status quo. In entering its Order denying Plaintiff's request for pseudonym status and permission to file sealed or redacted filings concealing Plaintiff's true identity, the Court did not immediately unseal her filings. Rather, the Court set a deadline for Plaintiff to refile her documents so she could decide whether and how to proceed under the terms specified by the Court. The new defense filings take that choice away from Plaintiff by effectively disclosing the same information in the documents the Court was retaining under seal for the time being.

       In granting Plaintiff's Emergency Motion to Seal, the Court further directs that neither side may file any other document disclosing the true identity of a party in this case before June 20, 2025, the date set by the Court in its earlier Order for Plaintiff to file her Amended Complaint.

Before that date, the parties may still file anything they believe their position in the case needs, as long as it does not disclose the true identity of a party.

    **IT IS SO ORDERED.**

Dated:  June 2, 2025             /s/ Robert J. Jonker  
                                                  ROBERT J. JONKER  
                                                  UNITED STATES DISTRICT JUDGE