UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JANE DOE,

        Plaintiff,

                                   CASE NO. 3:25-cv-249

v.

                                   HON. ROBERT J. JONKER

JOHN ROE and XYZ, LLC,                (Sitting by Designation)

        Defendants.

_____/

**<u>ORDER</u>**

      Plaintiff moves to stay all proceedings pending determination of her interlocutory appeal from this Court's Order denying her permission to proceed anonymously on the public record of the case. (ECF No. 56). The Court will not make any final decisions on the Motion before the defense has an opportunity to respond, and the Court has the opportunity to discuss the matter with the parties as part of an initial Rule 16 scheduling conference. But the Court is inclined on preliminary review to believe there are at least some things that can usefully be done in the case without requiring public disclosure of the identity of any litigant while the appeal process is proceeding. And if so, that would be preferable, in the Court's preliminary view, to a complete stay of proceedings.

      The Court will schedule a Rule 16 proceeding using its standard scheduling Order requiring preparation and filing by the parties of a Joint Status Report. This will allow the Court to assess with the parties whether disclosure and discovery can at least begin, under an appropriate protective Order and with interim filing restrictions to protect anonymity while the Court of

Appeals addresses the interlocutory appeal. It will also allow the Court to address with the parties whether the Court should decline to exercise supplemental jurisdiction over the state law claims in the case, as this Court often does when there is only one statutory federal claim with its own unique elements that do not fully overlap multiple state law causes of action.

Until further Order of this Court, the parties shall publicly file all documents in this case in a way that preserves the anonymity of the litigants. That means both the caption of the case and the content of any publicly filed document must be fashioned or redacted so as not, directly or indirectly, to reveal the identity of the litigants. For every such publicly filed document, the parties shall simultaneously file a sealed document that includes all information necessary to the Court's consideration, including any personally identifying information re-fashioned or redacted from the public filing. This will allow the case to move forward in this Court, at least through a Rule 16, without jeopardizing the interest plaintiff seeks to protect on appeal. The Court will address what, if anything, on the sealed record should become public after the Court of Appeals rules.

In light of this plan of proceeding, the Court suspends the June 20, 2025, deadline for the plaintiff to file an Amended Complaint that publicly discloses the identity of the parties. The Court will re-visit that issue after the Court of Appeals rules. Similarly, defendant's obligation to answer or move in response to the original Complaint is suspended. The Court will address that issue further as part of the Rule 16

**IT IS SO ORDERED.**


Dated:   June 10, 2025             /s/ Robert J. Jonker
                                  ROBERT J. JONKER
                                  UNITED STATES DISTRICT JUDGE

2