UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JANE DOE,

       Plaintiff,

                        CASE NO. 3:25-cv-249

v.

                        HON. ROBERT J. JONKER

JOHN ROE and XYZ, LLC,          (Sitting by Designation)

       Defendants.
_____/

## ORDER

The matter came up at the Rule 16 Scheduling Conference on the pending motions filed by the parties. For the reasons recited in full from the bench, **IT IS ORDERED:**

1. The Court declines the exercise of supplemental jurisdiction over the state law claims in Plaintiff's Complaint. Counts II, III, IV, V, and VI are **DISMISSED WITHOUT PREJUDICE.**

2. Defendants' Motion for Partial Summary Judgment (ECF No. 48) is **DENIED WITHOUT PREJUDICE.**

3. Plaintiff's Motion to Stay (ECF No. 56) is **GRANTED.** Further proceedings in this matter are **STAYED** pending a decision from the Sixth Circuit Court of Appeals in Case No. 25-5513.

**IT IS SO ORDERED.**

Dated:  July 17, 2025                /s/ Robert J. Jonker
                                               ROBERT J. JONKER
                                               UNITED STATES DISTRICT JUDGE